

**Joseph S. Van Bokkelen**
**United States District Judge**
Northern District of Indiana
5400 Federal Plaza, Suite 4200
Hammond, IN 46320
(219) 852-6720

July 21, 2008

RECEIVED 2008 JUL 28 A 11: 05 FINANCIAL DISCLOSURE OFFICE

Committee on Financial Disclosures
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle N.E.
Washington, D.C. 20544

Dear Committee on Financial Disclosures:

This letter is in response to your letter of June 25, 2008.

Part VII, page 5, lines 18-30, and page 6, lines 35, 36, and 38-43 should be amended as follows:

With the exception of line 26, all the other lines should be as follows: Column B (1) A; and Column B (2) **DIV**.

Line 26 should be as follows: Column B (1) A; and Column B (2) **INT**.

With regard Part VII, Page 6, lines 38 and 42, it would appear that those two entries were mistakenly entered on the prior report as the year end statements did not reflect those two holdings. The other possibility is that the Fund managers made internal fund transfers, but my records to not reflect this. Other than what was reflected in my AO-10 which was dated May 6. 2008, I neither purchased nor sold any securities.

With regards Part VII, page 1ine 3, and page 3, lines 37 and 49:

Bell South was acquired by AT&T and now is within my AT&T holdings. I think it took place in 2007, but I do not know exactly when as it was not a transaction that I made.

The listing of Alliance Bernstein Growth and Income in the prior report was in error.

Community Trust represented the proceeds of a Bond that I held and was redeemed in 2006 though I cannot find the month and day that it occurred.

If this form of response is not acceptable, please indicate together with what form would be acceptable.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory

provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been are in compliance with the provisions os 5 U.S.C. app. & 501 et. seq., 5 U.S.C. & 7353, and Judicial Conference regulations.

Yours truly,



| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Van Bokkelen, Joseph S | 2. Court or Organization US District Court | 3. Date of Report 05/06/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address United States Courthouse 5400 Federal Plaza, Suite 4200 Hammond, Indiana 46320 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Stony Lake Property Owners Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 13 A 11:09 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Van Bokkelen, Joseph S | 05/06/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Goodman, Ball, Van Bokkelen, and Leonard (lawfirm is no longer active. Still from time to time receive income from receivables from when I was a partn | $ 1,500 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Westminster Presbyterian Church (Salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Van Bokkelen, Joseph S | 05/06/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Van Bokkelen, Joseph S | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   General Electric | B | Dividend | J | T | | | | | |
| 2.   Progress Energy | A | Dividend | J | T | | | | | |
| 3.   AT&T | A | Dividend | J | T | | | | | |
| 4.   BP PLC | A | Dividend | K | T | | | | | |
| 5.   Exxon/Mobil | A | Dividend | L | T | | | | | |
| 6.   Verizon | A | Dividend | J | T | | | | | |
| 7.   Franklin Dynatech Fund | A | Dividend | K | T | | | | | |
| 8.   MFS Emerging Growth Fund A | A | Dividend | | | sell | 06/06 | K | D | |
| 9.   MFS Research Fund Class A | A | Dividend | K | T | sell/pt | 12/05 | J | A | |
| 10.   Janus Worldwide Fund | A | Dividend | K | T | | | | | |
| 11.   Merrill-Lynch Life Ins. Co. | | | | | | | | | |
| 12.   -AIM Capital Appreciation | | None | J | T | | | | | |
| 13.   -AIM VI Core Equity | | None | J | T | | | | | |
| 14.   -Alliance Bernstein Lg Cap | | None | J | T | | | | | |
| 15.   -Black Rock S&P 500 Index VI | | None | J | T | | | | | |
| 16.   -Roszel/Alliantz | | None | J | T | | | | | |
| 17.   Community Hosp. Retirement Acct/Spouse | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal - | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Van Bokkelen, Joseph S | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Fidelity Contra Growth | | | K | T | | | | | |
| 19. -Fidelity Growth and Income | | | J | T | | | | | |
| 20. Presbyterian Church Retirement Fund/Spouse | | | | | | | | | |
| 21. -Fidelity Equity Income Fund | | | K | T | | | | | |
| 22. -Fidelity US Bond Index | | | J | T | | | | | |
| 23. AXA Equitable-Annuity Fund/ Spouse | | | | | | | | | |
| 24. -EQ/Equity 500 Index | | | J | T | | | | | |
| 25. AG Edwards/spouse IRA | | | | | | | | | |
| 26. -Centennial Money Market | | | J | T | | | | | |
| 27. -MFS TR II Emerging Growth Class A | | | K | T | | | | | |
| 28. -MFS TR II Emerging Growth Class B | | | J | T | | | | | |
| 29. -MFS Global Equity Fund Class A | | | K | T | | | | | |
| 30. -MFS Small Cap World Fund Class A | | | K | T | | | | | |
| 31. AXA Equitable Annuity | | | | | | | | | |
| 32. -EQ/Marisco Focus | | | L | T | | | | | |
| 33. -EQ/Alliance Bernstein | | | M | T | | | | | |
| 34. -EQ/JP Morgan Core Bond Fund | | | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Van Bokkelen, Joseph S | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -EQ/Alliance Bernstein Quality Bond | | | K | T | | | | | |
| 36. -EQ/Equity 500 Index | | | L | T | | | | | |
| 37. AG Edwards IRA | | | | | | | | | |
| 38. -Mass. Investor Growth Fund A | | | L | T | | | | | |
| 39. -MFS Growth Opp. Fund A | | | L | T | | | | | |
| 40. -MFS Mid Cap Fund A | | | K | T | | | | | |
| 41. -MFS Strategic growth Fund A | | | J | T | | | | | |
| 42. -MFS Core Growth Fund A | | | J | T | | | | | |
| 43. -MFS New Discovery Fund A | | | K | T | | | | | |
| 44. Centier Bank | A | Interest | J | T | | | | | |
| 45. Fidelity Fund Cash Reserves | A | Interest | J | T | | | | | |
| 46. Peoples Bank | A | Interest | J | T | | | | | |
| 47. Vincent I/Ocean County,Benona Township, Michigan | A | Rent | J | W | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Van Bokkelen, Joseph S | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. | | | | | | | | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Van Bokkelen, Joseph S | 05/06/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Si

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY F̲ ̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲ ̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲BJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544